# United States Court of Appeals
## For the First Circuit

No. 14-2292

UNITED STATES OF AMERICA,

Appellee,

v.

TODD FAUST,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 5, 2017, is amended as follows:

On page 44, line 22, add "(2016)" after "2258".

On page 45, line 15, eliminate "avoidance of".